**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000181
24-SEP-2012
11:02 AM**

NO. CAAP-12-0000181

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,
Plaintiff-Appellee,
v.
SERVERINO J. NAHINU-RESPICIO,
Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0601(2))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:
(1) on March 12, 2012, Defendant-Appellant Severino J. Nahinu-Respicio filed a notice of appeal; (2) the record on appeal was filed on May 18, 2012, and the appellate clerk informed Appellant that the jurisdictional statement was due on or before May 29, 2012 and the opening brief was due on or before June 27, 2012; (3) Appellant did not file either document; (4) on September 7, 2012, the appellate clerk informed Appellant that: (a) the time for filing the statement of jurisdiction and the opening brief had expired; (b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on September 17, 2012 for such action as the court deemed proper; and (c) the appeal may be dismissed; and (5) thereafter, Appellants did not file the statement of jurisdiction or the opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 24, 2012.

Presiding Judge

Associate Judge

Associate Judge